United States District Court
for the District of New Jersey

_____ :
                                            :
**UNITED STATES OF AMERICA**                :
    Plaintiff            :    Criminal No. 12-358
                                            :
    vs.                  :
                                            :    Order of Reassignment
**LAMAR SANDERS**                           :
    Defendant            :
                                            :
_____ :

It is on this 1st day of April, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Dennis Cavanaugh to Judge Kevin McNulty.


        s/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court